Shirley Diane KEITH, Respondent,

v.

Douglas Eugene KEITH, Appellant.

No. WD 72545.

Missouri Court of Appeals,
Western District.

May 3, 2011.

Jan M. Vater Olinger, Raymore, MO, for Appellant.

Charles E. Weedman, Jr. Harrisonville, MO, for Respondent.

Before Division II: JAMES M. SMART, JR., Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Douglas Eugene Keith appeals the judgment of dissolution of the Circuit Court of Cass County, awarding Shirley Diane Keith maintenance in the amount of $1,100.00 per month. Mr. Keith argues that the trial court erred in awarding maintenance because it failed to consider relevant factors from section 452.335, RSMo 2000. We disagree and affirm in this *per curiam* order. Rule 84.16(b).

---

Chambala HOLLIS, Appellant,

v.

SUPERSHUTTLE INTERNATIONAL, INC.; Division of Employment Security, Respondents.

No. WD 73031.

Missouri Court of Appeals,
Western District.

May 10, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2011.

Chambala Hollis, Independence, MO, pro se.

Shelly A. Kintzel, Jefferson City and William T. Bernard, Kansas City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES M. SMART and KAREN KING MITCHELL, Judges.

### ORDER

PER CURIAM.

Chambala Hollis appeals the Labor and Industrial Relations Commission's determination that he is disqualified from unemployment benefits because he voluntarily ended his employment without good cause. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the Commission's decision.

AFFIRMED. Rule 84.16(b).